DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRIAGAL C. BARR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-336

[June 9, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2004-CF-012200-AXXX-MB.

Griagal C. Barr, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J. CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***